UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ATHENA ROSE,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>KOHL'S CORPORATION,<br><br>　　　　　　　Defendant. | Case No. 1:14-CV-09901 (JSR) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

　　　IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel of record for Plaintiff Athena Rose and Defendant Kohl's Corporation, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that the above-captioned action is dismissed with prejudice and without costs or fees to either party.

Dated:  May 13, 2015　　　　　　　　　　　　Respectfully submitted,

/s/ Craig Thor Kimmel　　　　　　　　　　　　/s/ James B. Saylor
Craig Thor Kimmel　　　　　　　　　　　　　James B. Saylor
Kimmel & Silverman　　　　　　　　　　　　KELLEY DRYE & WARREN LLP
30 E. Butler Avenue　　　　　　　　　　　　101 Park Avenue
Ambler, PA 19002　　　　　　　　　　　　　New York, NY 10178
(215)-540-8888　　　　　　　　　　　　　　Telephone: (212) 808-7800
Fax: (215)-540-8817
Email: kimmel@creditlaw.com　　　　　　　*Attorneys for Defendant Kohl's Corp.*

*Attorneys for Plaintiff*