UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



ATHENA ROSE,

        Plaintiff,

v.

KOHL'S CORPORATION,

        Defendant.

Case No. 1:14-CV-09901 (JSR)

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel of record for Plaintiff Athena Rose and Defendant Kohl's Corporation, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that the above-captioned action is dismissed with prejudice and without costs or fees to either party.

Dated:  May 13, 2015

Respectfully submitted,

/s/ Craig Thor Kimmel
Craig Thor Kimmel
Kimmel & Silverman
30 E. Butler Avenue
Ambler, PA 19002
(215)-540-8888
Fax: (215)-540-8817
Email: kimmel@creditlaw.com

*Attorneys for Plaintiff*

/s/ James B. Saylor
James B. Saylor
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY 10178
Telephone: (212) 808-7800

*Attorneys for Defendant Kohl's Corp.*

SO ORDERED

/s/ [signature]
USDJ
5-13-15

1